# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY BULILIS-BRYAN,<br><br>Plaintiff,<br><br>TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No. 2:24-cv-00312-MMD-NJK<br>**ORDER GRANTING**<br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Kimberly Bulilis-Bryan ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On February 13, 2024, Plaintiff filed her Complaint. Trans Union was served with Plaintiff's Complaint on February 16, 2024. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is March 8, 2024.

Good cause exists for Trans Union's request for an extension to file its answer or otherwise respond to the Complaint. Trans Union needs additional time to locate and assemble the documents and information relating to Plaintiff's credit file and any dispute(s) submitted by Plaintiff. In addition, Trans Union's counsel needs additional time to review Trans Union's documents and information and to respond to the allegations in the Complaint. Further, the added time afforded by the extension will also enable Plaintiff and Trans Union to fully explore an early settlement, potentially obviating the need for further use of court time and resources.

1

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including March 22, 2024. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 8th day of March 2024.

SKANE MILLS LLP

/s/ Sarai L. Thornton

Sarai L. Thornton, Esq. (SBN 271389)
Sthornton@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 363-2535
*Counsel for Trans Union LLC*

FREEDOM LAW FIRM

*/s/* George Haines

George Haines (Bar No. 9411)
ghaines@freedomlegalteam.com
Gerardo Avalos (Bar No. 15171)
gavalos@freedomlegalteam.com
8985 S. Eastern Avenue, Suite 100
Las Vegas, NV 89123
Telephone: (702) 880-5554
*Counsel for Plaintiff*

**ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED. Defendant Trans Union LLC must file an answer no later than March 22, 2024.

Dated this 11th day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE