**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KIMBERLY BULILIS-BRYAN,

     Plaintiff(s),

v.

TRANS UNION, LLC, et al.,

     Defendant(s).

Case No. 2:24-cv-00312-MMD-NJK

**Order**

[Docket No. 15]

Pending before the Court is Trans Union's notice of disassociation of Bernadette Rigo as counsel of record. Docket No. 15. The notice is provided to "**ALL PARTIED** [sic] **AND COUNSEL OF RECORD**," *id.* at 1 (emphasis in original), so it is unclear what relief it is that Trans Union is seeking <u>from the Court</u>. Moreover and significantly, Bernadette Rigo is not identified on the docket as counsel of record in this case. Lastly, the caption provides the wrong case information, as the assigned district judge is Chief Judge Du and the correct case number is 2:24-cv-00312-MMD-NJK. Accordingly, the Court **STRIKES** this notice.

IT IS SO ORDERED.

Dated: March 21, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1